Enrique Morales CASTANEDA;
et al., Petitioners,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 06–74471.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed April 7, 2009.

Enrique Morales Castaneda, Garden Grove, CA, pro se.

Leticia Lopez De Morales, Garden Grove, CA, pro se.

Kurt B. Larson, Esquire, OIL, Stacy Stiffel Paddack, DOJ–U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

Enrique Morales Castaneda and Leticia Lopez de Morales, husband and wife and natives and citizens of Mexico, petition pro se for review of the Board of Immigration Appeals' ("BIA") order denying their motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Cano–Merida v. INS*,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

311 F.3d 960, 964 (9th Cir.2002), we deny in part and dismiss in part the petition for review.

 The BIA did not abuse its discretion in denying petitioners' motion to reconsider as untimely because it was filed nearly one year after the BIA's prior order. *See* 8 C.F.R. § 1003.2(b)(2) (filing deadline for a motion to reconsider is 30 days from the agency's prior decision).

 We lack jurisdiction over petitioners' challenge to the BIA's June 1, 2005 order dismissing their appeal because this petition for review is not timely as to that order. *See* 8 U.S.C. § 1252(b)(1); *Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**